IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br>v.<br><br>(1) THE REAL PROPERTY KNOWN AS 324 OAK MEADOW LANE, CEDAR HILL, TX; (2) THE REAL PROPERTY KNOWN AS 1015 ARIES STREET, CEDAR HILL, TX; (3) THE REAL PROPERTY KNOWN AS 56-5 S COCKRELL ROAD, DALLAS, TX; (4) THE REAL PROPERTY KNOWN AS 7867 GREEN LAWN DRIVE #7867, HOUSTON, TX.<br>    DEFENDANTS IN REM. | Case No. 3:23-CV-446-E |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's motion, Doc. 22, is **GRANTED**.

**SO ORDERED:** September 11, 2023.

Ada E. Brown
UNITED STATES DISTRICT JUDGE